Jad Sheikali*
Shook, Hardy & Bacon L.L.P.
111 South Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Brandon S. Gilligan (SBN 340037)
Shook, Hardy & Bacon L.L.P
5 Park Plaza, Ste. 1600
Irvine, CA 92614
Tel: (949) 475-1500
bgilligan@shb.com

*Pro Hac Vice Forthcoming

Attorneys for Defendant
UMZU, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREW DAVALOS, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-02331-SP |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| UMZU, LLC, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff ANDREW DAVALOS ("Plaintiff") and Defendant UMZU, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby provide notice to the Court that this matter has settled in principle. The Parties respectfully request ninety (90) days to finalize the settlement and file dismissal documents.

The Parties respectfully request that the Court vacate all pending deadlines and hearings while settlement is pending.

Dated: January 21, 2026     **SHOOK, HARDY & BACON L.L.P.**

           By: */s/ Brandon S. Gilligan*

           Brandon S. Gilligan (SBN 340037)
           Shook, Hardy & Bacon L.L.P
           5 Park Plaza, Ste. 1600
           Irvine, CA 92614
           Tel: (949) 475-1500
           bgilligan@shb.com

           *Attorneys for Defendant*
           *UMZU, LLC*

Dated: January 21, 2026     **THE LAW OFFICES OF JIBRAEL S. HINDI, PLLC**

           By: */s/ Gerald D. Lane, Jr.*

           Gerald D. Lane, Jr. (SBN 352470)
           The Law Offices of Jibrael S. Hindi, PLLC
           1515 NE 26th Street
           Wilton Manors, FL 33305
           Phone: (754) 444-7539
           gerald@jibraellaw.com

           *Attorneys for Plaintiff*
           *ANDREW DAVALOS*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated: January 21, 2026                    **SHOOK, HARDY & BACON L.L.P.**


By: */s/ Brandon S. Gilligan*

Brandon S. Gilligan (SBN 340037)
Shook, Hardy & Bacon L.L.P
5 Park Plaza, Ste. 1600
Irvine, CA 92614
Tel: (949) 475-1500
bgilligan@shb.com

*Attorneys for Defendant*
*UMZU, LLC*